# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MARY YOUNG,

      Plaintiff,

v.                                      CASE NO. 5:10cv265-RH/WCS

MICHAEL J. ASTRUE,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 18  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is voluntarily DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)."  The clerk must close the file.

SO ORDERED on July 30, 2011.

                                                s/Robert L. Hinkle
                                               United States District Judge